# Exhibit B-1 to Notice of Removal

At IAS Part _____ of the Supreme Court of
the State of New York, held in and for the
County of New York, at the Courthouse
located at 60 Centre Street, New York, New
York, on the ____ day of February, 2013.

P R E S E N T : _____,

Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------x
                                                      :

VISCOGLIOSI BROTHERS, LLC,          :   Index No. 653587/2012

                          Plaintiff,  :

                                   :       **ORDER**

           - against -         :

                                   :

OLYMPUS CORPORATION, OLYMPUS BIOTECH  :
CORPORATION and JOHN DOES 1-25,       :

                                 :

                      Defendants.  :

---------------------------------------------------------------------------x

Plaintiff Viscogliosi Brothers, LLC ("Plaintiff"), having duly made an application to this

Court for an Order pursuant to C.P.L.R. § 306-b and § 2004 for an extension of time to serve

defendants Olympus Corporation and Olympus Biotech Corporation (together, "Defendants")

with the Summons with Notice in the above-captioned action, and Plaintiff's application having

been duly submitted to the Ex Parte Clerk, and

Upon the reading and filing of the Affirmation of Paul H. Schafhauser, attorney for

Plaintiff, dated February 6, 2013, and the exhibits annexed thereto, showing good cause for an

extension of time pursuant to C.P.L.R. § 306-b and § 2004 to serve Defendants with the

Summons with Notice in the above-captioned action, and after due deliberation having been had

thereon;

NOW, on the application of Herrick, Feinstein LLP, attorneys for Plaintiff, it is hereby

ORDERED, that Plaintiff's time to serve the Summons with Notice on Defendants shall be and hereby is extended 120 days from February 11, 2013 to June 11, 2013.

ENTER:

_____
J.S.C.

# Exhibit B-2 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

VISCOGLIOSI BROTHERS, LLC,                              :       Index No. 653587/2012
                                                        :
                                   Plaintiff,           :
                                                        :
                  - against -                           :       **AFFIRMATION OF**
                                                        :       **PAUL H. SCHAFHAUSER**
OLYMPUS CORPORATION, OLYMPUS BIOTECH                     :
CORPORATION and JOHN DOES 1-25,                          :
                                                        :
                                   Defendants.           :
                                                        :
-------------------------------------------------------------------------x

PAUL H. SCHAFHAUSER, an attorney admitted to practice before the Courts of the

State of New York, affirms, under the penalties of perjury, as follows:

1.      I am a member of Herrick, Feinstein LLP, the attorneys for plaintiff Viscogliosi

Brothers, LLC ("Plaintiff") in connection with the above-captioned matter.  I am fully familiar

with the facts and circumstances stated herein.

2.      I submit this Affirmation in support of Plaintiff's application for an Order

pursuant to C.P.L.R. §306-b and § 2004 extending its time to serve the Summons with Notice in

this action upon defendants Olympus Corporation and Olympus Biotech Corporation (together,

"Defendants").

3.      Plaintiff filed a Summons with Notice with this Court on October 12, 2012.  (A

true and copy of the Summons with Notice is annexed hereto as Exhibit A.)  Pursuant to

C.P.L.R. § 306-b, the Summons with Notice must be served within 120 days of filing.  This

period will be expiring on or about February 11, 2013.

4.      Plaintiff seeks the extension because Plaintiff is exploring various alternatives

regarding this matter and, to avoid needlessly burdening Defendants or the Court in the

meantime, wishes to extend the time to serve the Summons with Notice.  Moreover, it should be noted that Olympus Corporation is a Japanese corporation and service is usually effectuated under the complex international service provisions and regulations of the Hague Convention.

5.      Counsel for Defendants has consented to the 120-day extension sought by Plaintiff.

6.      No prior request for the relief sought herein has been made to this Court or to any other court.

Dated: New York, New York
        February 6, 2013


                                        /s/          Paul H. Schafhauser          
                                        PAUL H. SCHAFHAUSER

# Exhibit B-3 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
                                     :

VISCOGLIOSI BROTHERS, LLC,             :   Index No.
                                     :

                   Plaintiff,    :   Date Index No. Purchased:
                                     :

        - against -               :

OLYMPUS CORPORATION, OLYMPUS BIOTECH  :     **SUMMONS WITH**
CORPORATION and JOHN DOES 1-25,         :        **NOTICE**
                                     :

                 Defendants.   :
                                     :
------------------------------------------------------------------------x

TO THE ABOVE-NAMED DEFENDANTS:

      YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of

appearance on the plaintiff at the address set forth below, and to do so within twenty (20) days

after the service of this Summons (not counting the day of service itself), or within thirty (30)

days after service is complete if the summons is not delivered personally to you within the State

of New York.

      YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment

will be entered against you by default for the relief demanded below.

Dated: New York, New York
       October 12, 2012

                               HERRICK, FEINSTEIN LLP

                               By: _____
                                   Arthur Jakoby, Esq.
                                   Paul H. Schafhauser, Esq.
                         Attorneys for Plaintiff
                         Two Park Avenue
                         New York, New York 10016
                         (212) 592-1400

To:    Olympus Corporation
       Shinjuku Monolith
       3-1 Nishi-Shinjuku 2-Chome
       Shinjuku-ku, Tokyo 163-0914
       Japan

       Olympus Biotech Corporation
       35 South Street
       Hopkinton, Massachusetts 01748
       USA

NOTICE:

The nature of this action is (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; (3) fraudulent inducement; (4) fraud, misrepresentation, and fraudulent omission; (5) unlawful conspiracy to defraud; (6) negligent misrepresentation; (7) tortious interference; (8) promissory estoppel and detrimental reliance; (9) unjust enrichment; (10) specific performance; (11) libel, slander, and/or defamation *per se;* (12) libel, slander, and/or defamation; (13) preliminary and permanent injunctive relief; (14) Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et seq.; and (15) fees, costs, and expenses.

The relief sought includes compensatory, punitive, and treble damages, specific performance and enforcement of defendants' commitments and agreements to plaintiff, injunctive relief, pre- and post-judgment interest, attorneys' fees, costs of suit, and such other and further relief as this Court may deem just and equitable.

Should defendants fail to appear herein, judgment in plaintiff's favor will be entered by default for compensatory, punitive and treble damages, presently anticipated to total the sum of $100,000,000.00, with interest from the date of this action and the costs of this action.

VENUE:

Plaintiff designates New York County as the place of trial in this matter.  The basis of this designation is plaintiff's residence in New York County.

2

# Exhibit B-4 to Notice of Removal

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840  (3/2012)

| | For Court Clerk Use Only: |
|---|---|
| | IAS Entry Date |

**Supreme** _____ COURT, COUNTY OF _____ **New York**

Index No: ____**653587/12**____    Date Index Issued: ____**10/12/2012**____

| | | Judge Assigned |
|---|---|---|

**CAPTION:**  Enter the complete case caption.  Do not use et al or et ano.  If more space is required, attach a caption rider sheet.

| | RJI Date |
|---|---|

VISCOGLIOSI BROTHERS, LLC,

                                                                          **Plaintiff(s)/Petitioner(s)**

-against-

OLYMPUS CORPORATION, OLYMPUS BIOTECH CORPORATION and JOHN DOES 1-25,

                                                                          **Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING:     Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ○ Contested
  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum.**

**TORTS**
- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____
  (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____
  (specify)
- ○ Other Negligence: _____
  (specify)
- ○ Other Professional Malpractice: _____
  (specify)
- ○ Other Tort: _____
  (specify)

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see **NOTE** under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____
  (specify)

**COMMERCIAL**
- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ◉ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____
  (specify)

  **NOTE:**  For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum.**

**REAL PROPERTY:**   How many properties does the application include? _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  Property Address: _____
                    Street Address      City      State    Zip
  **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum.**
- ○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ○ Tax Foreclosure
- ○ Other Real Property: _____
  (specify)

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration)   [see **NOTE** under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____
  (specify)
- ○ Other Special Proceeding: _____
  (specify)

## STATUS OF ACTION OR PROCEEDING:     Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ◉ | ○ | If yes, date filed: 10/12/2012 |
| Has a summons and complaint or summons w/notice been served? | ○ | ◉ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION:**   Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion        Relief Sought: _____    Return Date: _____
- ○ Notice of Petition       Relief Sought: _____    Return Date: _____
- ○ Order to Show Cause    Relief Sought: _____    Return Date: _____
- ● Other Ex Parte Application    Relief Sought: Extend - Time
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other  (specify): _____

**RELATED CASES:**   List any related actions.  For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the **RJI Addendum**.  If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES:**   For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the RJI Addendum.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case.  For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | VISCOGLIOSI BROTHERS, LLC _Last Name_ _First Name_ _Primary Role:_ Plaintiff _Secondary Role (if any):_ | Schafhauser _Last Name_    Paul _First Name_ Herrick, Feinstein LLP _Firm Name_ 2 PARK AVENUE _Street Address_    NEW YORK _City_    New York _State_    10016 _Zip_ +1 (212) 592-1400 _Phone_    +1 (212) 592-1500 _Fax_    pschafhauser@herrick.com _e-mail_ | ○ YES ● NO | |
| ☒ | OLYMPUS CORPORATION _Last Name_ _First Name_ _Primary Role:_ Defendant _Secondary Role (if any):_ | _Last Name_    _First Name_ _Firm Name_ 3-1 NISHI-SHINJUKU 2-CHOME _Street Address_    SHINJUKU-KU, TOKYO _City_    _State_    _Zip_ _Phone_    _Fax_    _e-mail_ | ○ YES ● NO | |
| ☒ | OLYMPUS BIOTECH CORPORATION _Last Name_ _First Name_ _Primary Role:_ Defendant _Secondary Role (if any):_ | _Last Name_    _First Name_ _Firm Name_ 35 SOUTH STREET _Street Address_    HOPKINTON _City_    Massachusetts _State_ 01748 _Zip_ _Phone_    _Fax_    _e-mail_ | ○ YES ● NO | |
| ☒ | JOHN DOES 1-25 _Last Name_ _First Name_ _Primary Role:_ _Secondary Role (if any):_ | _Last Name_    _First Name_ _Firm Name_ _Street Address_    _City_    _State_    _Zip_ _Phone_    _Fax_    _e-mail_ | ○ YES ● NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated: 02/06/2013 _____

_____
SIGNATURE

2592590
**ATTORNEY REGISTRATION NUMBER**

Paul H. Schafhauser
**PRINT OR TYPE NAME**

[ Print Form ]

# Exhibit B-5 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK

UCS-840C
3/2011

COUNTY OF New York _____ x

VISCOGLIOSI BROTHERS, LLC

Index No. 653587/12 _____

RJI No. (if any) _____

Plaintiff(s)/Petitioner(s)

-against-

OLYMPUS CORPORATION, et al.

**COMMERCIAL DIVISION**
**Request for Judicial Intervention Addendum**

Defendant(s)/Respondent(s)
_____ x

COMPLETE WHERE APPLICABLE [add additional pages if needed]:

Plaintiff/Petitioner's cause(s) of action [check all that apply]:

[X] Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g. unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g. sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)

[ ] Transactions governed by the Uniform Commercial Code (exclusive of those concerning individual cooperative or condominium units)

[ ] Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only

[ ] Shareholder derivative actions — without consideration of the monetary threshold

[ ] Commercial class actions — without consideration of the monetary threshold

[ ] Business transactions involving or arising out of dealings with commercial banks and other financial institutions

[ ] Internal affairs of business organizations

[ ] Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters

[ ] Environmental insurance coverage

[ ] Commercial insurance coverage (e.g. directors and officers, errors and omissions, and business interruption coverage)

[ ] Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures — without consideration of the monetary threshold

[ ] Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues — without consideration of the monetary threshold

Plaintiff/Petitioner's claim for compensatory damages [exclusive of punitive damages, interest, costs and counsel fees claimed]:

$ 100,000,000 _____

Plaintiff/Petitioner's claim for equitable or declaratory relief [brief description]:

Breach of contact, breach of implied covenant of good faith and fair dealing, fraudulent inducement, fraud, misrepresentation, and fraudulent omission, unlawful conspiracy to defraud, negligent misrepresentation, tortious interference, promissory estopel and detrimental reliance, unjust enrichment, specific performance, libel, slander, and.or defamation, injunctive relief, and RICO claims

Defendant/Respondent's counterclaim(s) [brief description, including claim for monetary relief]:

I REQUEST THAT THIS CASE BE ASSIGNED TO THE COMMERCIAL DIVISION. I CERTIFY THAT THE CASE MEETS THE JURISDICTIONAL REQUIREMENTS OF THE COMMERCIAL DIVISION SET FORTH IN 22 NYCRR § 202.70(a), (b) AND (c).

Dated: 02/06/2013 _____

_____
SIGNATURE

_____
Paul H. Schafhauser
PRINT OR TYPE NAME

# Exhibit B-6 to Notice of Removal

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT: **JEFFREY K. OING**
**J.S.C.**
_Justice_

PART **48**

Index Number : 653587/2012
VISCOGLIOSI BROTHERS, LLC
vs.
OLYMUS CORPORATION
SEQUENCE NUMBER : 001
EXTEND TIME

INDEX NO. _____

MOTION DATE _____

MOTION SEQ. NO. _____

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is

*Order signed herewith.*

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S):

Dated: 2/8/13

_____, J.S.C.
**JEFFREY K. OING**
**J.S.C.**

1. CHECK ONE: ......................................... ☐ CASE DISPOSED    ☑ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ........................MOTION IS: ☐ GRANTED    ☐ DENIED    ☐ GRANTED IN PART    ☑ OTHER

3. CHECK IF APPROPRIATE: ................................................. ☐ SETTLE ORDER    ☐ SUBMIT ORDER

☐ DO NOT POST    ☐ FIDUCIARY APPOINTMENT    ☐ REFERENCE

At IAS Part _48_ of the Supreme Court of
the State of New York, held in and for the
County of New York, at the Courthouse
located at 60 Centre Street, New York, New
York, on the _8th_ day of February, 2013.

**JEFFREY K. OING**
**J.S.C.**

PRESENT: _____

Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
VISCOGLIOSI BROTHERS, LLC,                                           :    Index No. 653587/2012
                                                                     :
                                            Plaintiff,               :
                                                                     :        **ORDER**
            - against -                                              :
                                                                     :
OLYMPUS CORPORATION, OLYMPUS BIOTECH                                 :
CORPORATION and JOHN DOES 1-25,                                      :
                                                                     :    MOTION SEQUENCE # _001_
                                            Defendants.              :
                                                                     :
---------------------------------------------------------------------x

        Plaintiff Viscogliosi Brothers, LLC ("Plaintiff"), having duly made an application to this

Court for an Order pursuant to C.P.L.R. § 306-b and § 2004 for an extension of time to serve

defendants Olympus Corporation and Olympus Biotech Corporation (together, "Defendants")

with the Summons with Notice in the above-captioned action, and Plaintiff's application having

been duly submitted to the ~~Ex Parte Clerk~~, Court and

        Upon the reading and filing of the Affirmation of Paul H. Schafhauser, attorney for

Plaintiff, dated February 6, 2013, and the exhibits annexed thereto, showing good cause for an

extension of time pursuant to C.P.L.R. § 306-b and § 2004 to serve Defendants with the

Summons with Notice in the above-captioned action, and after due deliberation having been had

thereon;

NOW, on the application of Herrick, Feinstein LLP, attorneys for Plaintiff, it is hereby

ORDERED, that Plaintiff's time to serve the Summons with Notice on Defendants shall

be and hereby is extended 120 days from February 11, 2013 to June 11, 2013.

ENTER:

_____   J.S.C.

JEFFREY K. OING
J.S.C.

2

# Exhibit B-7 to Notice of Removal

At the Ex Parte Motion Support Office of the Supreme Court of the State of New York, New York County, at the Courthouse located at 60 Centre Street, New York, New York, on the _____ day of June, 2013.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x
:
VISCOGLIOSI BROTHERS, LLC,                                   :   Index No. 653587/2012
                                                              :
                                   Plaintiff,                 :
                                                              :      **ORDER**
                - against -                                   :
                                                              :
OLYMPUS CORPORATION, OLYMPUS BIOTECH            :
CORPORATION and JOHN DOES 1-25,                              :
                                                              :
                                   Defendants.                :
                                                              :
-------------------------------------------------------------------------x

Plaintiff Viscogliosi Brothers, LLC ("Plaintiff"), having duly made an application to this Court for an Order pursuant to C.P.L.R. § 306-b and § 2004 for an extension of time to serve defendants Olympus Corporation and Olympus Biotech Corporation (together, "Defendants") with the Summons with Notice in the above-captioned action, and Plaintiff's application having been duly submitted to the Court, and

Upon the reading and filing of the Affirmation of Paul H. Schafhauser, attorney for Plaintiff, dated June 6, 2013, and the exhibits annexed thereto, showing good cause for an extension of time pursuant to C.P.L.R. § 306-b and § 2004 to serve Defendants with the Summons with Notice in the above-captioned action, and after due deliberation having been had thereon;

NOW, on the application of Herrick, Feinstein LLP, attorneys for Plaintiff, it is hereby

ORDERED, that Plaintiff's time to serve the Summons with Notice on Defendants shall be and hereby is extended for a period of 120 days (i.e., from June 11, 2013 to October 9, 2013).

ENTER:

_____

                                                            J.S.C.

# Exhibit B-8 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------------x
                                        :

VISCOGLIOSI BROTHERS, LLC,               :    Index No. 653587/2012

                        Plaintiff,      :

                                          :

             - against -              :    **AFFIRMATION OF**

                                          :    **PAUL H. SCHAFHAUSER**

OLYMPUS CORPORATION, OLYMPUS BIOTECH      :
CORPORATION and JOHN DOES 1-25,          :

                            Defendants.     :

                                          :

------------------------------------------------------------------------x

        PAUL H. SCHAFHAUSER, an attorney admitted to practice before the Courts of the

State of New York, affirms, under the penalties of perjury, as follows:

        1.      I am a member of Herrick, Feinstein LLP, the attorneys for plaintiff Viscogliosi

Brothers, LLC ("Plaintiff") in connection with the above-captioned matter.  I am fully familiar

with the facts and circumstances stated herein.

        2.      I submit this Affirmation in support of Plaintiff's application for an Order

pursuant to C.P.L.R. §306-b and § 2004 extending its time to serve the Summons with Notice in

this action upon defendants Olympus Corporation and Olympus Biotech Corporation (together,

"Defendants").

        3.      Plaintiff filed a Summons with Notice with this Court on October 12, 2012.  (A

true and copy of the Summons with Notice is annexed hereto as Exhibit A.)  Pursuant to

C.P.L.R. § 306-b, the Summons with Notice must be served within 120 days of filing, unless

extended.

4.    On February 8, 2013, the Hon. Jeffrey K. Oing, J.S.C. entered an Order extending the time within which Plaintiff could serve the Summons with Notice through June 11, 2013.  (A true and correct copy of the February 8, 2013 Order is annexed hereto as Exhibit B.)

5.    Plaintiff respectfully requests an extension of the time to serve the Summons with Notice for an additional period of 120 days (i.e., from June 11, 2013 to October 9, 2013), or such other period as the Court deems reasonable and appropriate.  Plaintiff had previously sought an extension because Plaintiff had been exploring a possible resolution of this matter, but those efforts having been unavailing to date, service is required.  Plaintiff seeks this extension because Plaintiff requires additional time to effect service on Olympus Corporation, a Japanese company, under the complex international service provisions and regulations of the Hague Convention.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time to serve the Summons with Notice on Defendants for a period of 120 days (i.e., from June 11, 2013 to October 9, 2013), or such other period as the Court deems reasonable and appropriate, to allow service to be effected under the Hague Convention.

Dated: New York, New York
       June 6, 2013

PAUL H. SCHAFHAUSER

2

# Exhibit B-9 to Notice of Removal

# EXHIBIT A

Case 1:13-cv-04681-JGK Document 1-2 Filed 07/08/13 Page 27 of 43

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------x
                                      :

VISCOGLIOSI BROTHERS, LLC,          :    Index No.

                       Plaintiff,   :    Date Index No. Purchased:

                  - against -          :

OLYMPUS CORPORATION, OLYMPUS BIOTECH   :    **SUMMONS WITH**
CORPORATION and JOHN DOES 1-25,        :         **NOTICE**

                   Defendants.   :

------------------------------------------------------------------x

TO THE ABOVE-NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of

appearance on the plaintiff at the address set forth below, and to do so within twenty (20) days

after the service of this Summons (not counting the day of service itself), or within thirty (30)

days after service is complete if the summons is not delivered personally to you within the State

of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment

will be entered against you by default for the relief demanded below.

Dated: New York, New York
       October 12, 2012

                                HERRICK, FEINSTEIN LLP

                                By: _____

                                    Arthur Jakoby, Esq.
                                    Paul H. Schafhauser, Esq.
                         Attorneys for Plaintiff
                         Two Park Avenue
                         New York, New York 10016
                         (212) 592-1400

To:     Olympus Corporation
        Shinjuku Monolith
        3-1 Nishi-Shinjuku 2-Chome
        Shinjuku-ku, Tokyo 163-0914
        Japan

        Olympus Biotech Corporation
        35 South Street
        Hopkinton, Massachusetts 01748
        USA

NOTICE:

The nature of this action is (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; (3) fraudulent inducement; (4) fraud, misrepresentation, and fraudulent omission; (5) unlawful conspiracy to defraud; (6) negligent misrepresentation; (7) tortious interference; (8) promissory estoppel and detrimental reliance; (9) unjust enrichment; (10) specific performance; (11) libel, slander, and/or defamation *per se;* (12) libel, slander, and/or defamation; (13) preliminary and permanent injunctive relief; (14) Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et seq.; and (15) fees, costs, and expenses.

The relief sought includes compensatory, punitive, and treble damages, specific performance and enforcement of defendants' commitments and agreements to plaintiff, injunctive relief, pre- and post-judgment interest, attorneys' fees, costs of suit, and such other and further relief as this Court may deem just and equitable.

Should defendants fail to appear herein, judgment in plaintiff's favor will be entered by default for compensatory, punitive and treble damages, presently anticipated to total the sum of $100,000,000.00, with interest from the date of this action and the costs of this action.

VENUE:

Plaintiff designates New York County as the place of trial in this matter.  The basis of this designation is plaintiff's residence in New York County.

2

# Exhibit B-10 to Notice of Removal

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 02/13/2013

NYSCEF DOC. NO. 12

INDEX NO. 653587/2012

Case 1:13-cv-04681-JGK Document 1-2 Filed 07/08/13 Page 31 of 43

RECEIVED NYSCEF: 02/13/2013

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT: **JEFFREY K. OING**
**J.S.C.** PART _48_

_____
Justice

Index Number : 653587/2012 INDEX NO. _____
VISCOGLIOSI BROTHERS, LLC
vs. MOTION DATE _____
OLYMUS CORPORATION
SEQUENCE NUMBER : 001 MOTION SEQ. NO. _____
EXTEND TIME

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is

_Order signed herewith._

<div style="writing-mode: vertical">MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):</div>

Dated: _2/8/13_ _____, J.S.C.
JEFFREY K. OING
J.S.C.

1. CHECK ONE: .......................................... ☐ CASE DISPOSED ☑ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ...................MOTION IS: ☐ GRANTED ☐ DENIED ☐ GRANTED IN PART ☑ OTHER

3. CHECK IF APPROPRIATE: ............................ ☐ SETTLE ORDER ☐ SUBMIT ORDER

☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE

At IAS Part _48_ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse located at 60 Centre Street, New York, New York, on the _8th_ day of February, 2013.

**JEFFREY K. OING**
**J.S.C.**
PRESENT: _____
                    Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------x
                                                                        :
VISCOGLIOSI BROTHERS, LLC,                                              :   Index No. 653587/2012
                                                                        :
                                        Plaintiff,                      :
                                                                        :   **ORDER**
        - against -                                                     :
                                                                        :
OLYMPUS CORPORATION, OLYMPUS BIOTECH                                    :
CORPORATION and JOHN DOES 1-25,                                         :
                                                                        :   MOTION SEQUENCE # _001_
                                        Defendants.                     :
                                                                        :
-----------------------------------------------------------------------x

        Plaintiff Viscogliosi Brothers, LLC ("Plaintiff"), having duly made an application to this

Court for an Order pursuant to C.P.L.R. § 306-b and § 2004 for an extension of time to serve

defendants Olympus Corporation and Olympus Biotech Corporation (together, "Defendants")

with the Summons with Notice in the above-captioned action, and Plaintiff's application having

                                    Court
been duly submitted to the ~~Ex Parte Clerk~~, and

        Upon the reading and filing of the Affirmation of Paul H. Schafhauser, attorney for

Plaintiff, dated February 6, 2013, and the exhibits annexed thereto, showing good cause for an

extension of time pursuant to C.P.L.R. § 306-b and § 2004 to serve Defendants with the

Summons with Notice in the above-captioned action, and after due deliberation having been had

thereon;

NOW, on the application of Herrick, Feinstein LLP, attorneys for Plaintiff, it is hereby

ORDERED, that Plaintiff's time to serve the Summons with Notice on Defendants shall

be and hereby is extended 120 days from February 11, 2013 to June 11, 2013.

ENTER:

_____   J.S.C.

JEFFREY K. OING
J.S.C.

2

# Exhibit B-11 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VISCOGLIOSI BROTHERS, LLC,

                      Plaintiff,

   - against -

OLYMPUS CORPORATION, OLYMPUS
BIOTECH CORPORATION and JOHN DOES 1-25,

                      Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 653587/2012

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK   )

JENNIFER PORDES, being duly sworn, deposes and says:

           1.     I am over 18 years of age, am employed by Herrick, Feinstein LLP, and

am not a party to this action.

           2.     On Friday, June 7, 2013, I served a true and correct copy of a Summons

with Notice, dated 10/12/12, and a Notice of Commencement of Action Subject to Mandatory

Electronic Filing, dated 6/6/13, in the above captioned matter by hand upon:

Olympus Biotech Corporation
c/o CT Corporation
111 Eighth Avenue, 13th Floor
New York, NY 10011

by delivering and leaving same with an individual, who did not give me her name, at:

CT Corporation
111 Eighth Avenue, 13th Floor
New York, NY 10011

the registered agent for Olympus Biotech Corporation.

3.      The individual stated that she is authorized to accept service on behalf of

Olympus Biotech Corporation at the above address.

4.      She can be described as a female, brown skin, brown hair, approximately

40 years of age, 5'4", and 125 lbs.

JENNIFER PORDES

Sworn to before me this
7th day of June 2013

Notary Public

LAINI G. JOHN
Notary Public, State of New York
No. 01JO6170630
Qualified in New York County
Commission Expires July 9, 20_15

2

# Exhibit B-12 to Notice of Removal

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT: **JEFFREY K. OING**
_____ PART _48_
J.S.C.

_Justice_

Index Number : 653587/2012

VISCOGLIOSI BROTHERS, LLC

vs.

OLYMPUS CORPORATION

SEQUENCE NUMBER : 002

EXTEND TIME

INDEX NO. _____

MOTION DATE _____

MOTION SEQ. NO. _____

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is

Order signed herewith.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S):

Dated: _6/10/13_

_____, J.S.C.
**JEFFREY K. OING**
J.S.C.

1. CHECK ONE: ......................................................... ☐ CASE DISPOSED ☒ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ...........................MOTION IS: ☐ GRANTED ☐ DENIED ☐ GRANTED IN PART ☒ OTHER

3. CHECK IF APPROPRIATE: ................................................. ☐ SETTLE ORDER ☐ SUBMIT ORDER

☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE

At the Ex Parte Motion Support Office of
the Supreme Court of the State of New
York, New York County, at the Courthouse
located at 60 Centre Street, New York, New
York, on the _10_ day of June, 2013.

**MOTION SEQUENCE # 002**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x
                                         :

VISCOGLIOSI BROTHERS, LLC,           :   Index No. 653587/2012

                         Plaintiff,   :

                                  :     **ORDER**

        - against -             :

                                  :

OLYMPUS CORPORATION, OLYMPUS BIOTECH  :
CORPORATION and JOHN DOES 1-25,      :

                                :

                      Defendants.  :

-------------------------------------------------------------------------x

Plaintiff Viscogliosi Brothers, LLC ("Plaintiff"), having duly made an application to this

Court for an Order pursuant to C.P.L.R. § 306-b and § 2004 for an extension of time to serve

defendants Olympus Corporation and Olympus Biotech Corporation (together, "Defendants")

with the Summons with Notice in the above-captioned action, and Plaintiff's application having

been duly submitted to the Court, and

    Upon the reading and filing of the Affirmation of Paul H. Schafhauser, attorney for

Plaintiff, dated June 6, 2013, and the exhibits annexed thereto, showing good cause for an

extension of time pursuant to C.P.L.R. § 306-b and § 2004 to serve Defendants with the

Summons with Notice in the above-captioned action, and after due deliberation having been had

thereon;

    NOW, on the application of Herrick, Feinstein LLP, attorneys for Plaintiff, it is hereby

ORDERED, that Plaintiff's time to serve the Summons with Notice on Defendants shall
be and hereby is extended for a period of 120 days (i.e., from June 11, 2013 to October 9, 2013).

ENTER:

_____ J.S.C.

JEFFREY K. OING
J.S.C.

Index No. 653587/12
mtn seq. no. 002

2

# Exhibit B-13 to Notice of Removal

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------ x

VISCOGLIOSI BROTHERS, LLC,

               Plaintiff,

      -against-

OLYMPUS CORPORTION, OLYMPUS BIOTECH
CORPORATION and JOHN DOES 1-25,

               Defendants.

------------------------------------------------------------ x

Index No. 653587/2012

**STIPULATION TO EXTEND
THE TIME FOR
DEFENDANT OLYMPUS
BIOTECH CORPORATION
TO FILE NOTICE OF
APPEARANCE**

WHEREAS, on June 7, 2013, Plaintiff Viscogliosi Brothers ("Plaintiff") served a summons with notice on Olympus Biotech Corporation ("Olympus Biotech") through Olympus Biotech's registered agent CT Corporation System;

WHEREAS, Plaintiff, through its undersigned counsel, agreed that the deadline for Olympus Biotech to file a notice of appearance in this case can be extended to and include July 17, 2013;

This extension is without prejudice to any defenses or affirmative defenses Olympus Biotech may raise in response to any of Plaintiff's claims, any counterclaims Olympus Biotech may assert against Plaintiff, or any grounds on which Olympus Biotech may move to dismiss the case in response to the complaint, when filed and served by Plaintiff.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Olympus Biotech, that:

1.    The time for Olympus Biotech to file a notice of appearance is extended to and including July 17, 2013;

2.    This stipulation may be signed in counterparts and delivered by facsimile or email.

Dated: June 26, 2013

HERRICK, FEINSTEIN LLP

By: _____
    Arthur Jakoby
    Paul H. Schafhauser

One Gateway Center
Newark, NJ  07102
(973) 274-2098

*Counsel for Plaintiff*
*Viscogliosi Brothers, LLC*

Dated: June 26, 2013

MORRISON & FOERSTER LLP

By: _____
    Karen L. Hagberg
    Hui Liu

1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

*On Behalf of   Defendant Olympus Biotech*
*Corporation*

2