UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VISCOGLIOSI BROTHERS, LLC,

            Plaintiff,

    -against-

OLYMPUS CORPORATION, OLYMPUS
BIOTECH CORPORATION and JOHN DOES 1-25,

            Defendants.

------------------------------------------------------------x

Civ. Action No.: 13-4681 (JGK)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P 41 (a)(1)(A)(i), plaintiff Viscogliosi Brothers, LLC, by and through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, each party to bear its own fees and costs.

Dated: November 6, 2013

HERRICK, FEINSTEIN LLP

By: _____
Arthur Jakoby
Paul H. Schafhauser

One Gateway Center
Newark, NJ 07102
(973) 274-2098
pschafhauser@herrick.com
Counsel for Plaintiff
Viscogliosi Brothers, LLC